RECEIVED
IN LAKE CHARLES, LA
JUL 2 6 2005
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **IN RE: ROMEO LINARDI, APPEAL OF DEPORTATION ORDER** | : | **DOCKET NO. 2:05 CV 0354 LC** |
| | : | **JUDGE MINALDI** |
| | : | **MAGISTRATE JUDGE WILSON** |

## ORDER

The document marked as number 9 and titled "Motion for Reconsideration of Denial of Motion to Extend Time by Which to File Appellate Brief" does not appear to be a document which should be filed in the court. By all appearances, this is a copy of a document filed in Immigration Court. Accordingly,

IT IS ORDERED that document number 9 IS MOOT and requires no action by this court.

Lake Charles, Louisiana, this 25 day of July, 2005.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE